

**Valdi Licul**
vlicul@wigdorlaw.com

> The docket does not reflect any 9/12/23 order, nor a request for a update on mediation. That said, I am glad to hear that the parties are pursuing mediation. If this letter was intended to request a two-week extension of the dates set forth in my 9/8/23 Order for raising discovery disputes, that application is granted.

September 25, 2023

**VIA ECF**

SO ORDERED.

*Cathy Seibel*   9/25/23

CATHY SEIBEL, U.S.D.J.

The Honorable Cathy Seibel
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:   Natalie Grainger v. Westchester Country Club, Inc., et al.
           Case No. 7:23-cv-01802 (CS)

Dear Judge Seibel:

We represent Plaintiff Natalie Grainger ("Plaintiff") in her matter and write jointly with Defendant Westchester Country Club, Inc, Defendant Mark Christiana and Defendant Tom Nevin (together, "Defendants") (collectively, the "Parties") pursuant to the Court's Order on September 12, 2023 to provide the Court with an update on the status of mediation.

The Parties engaged in mediation on August 24, 2023, and while no resolution was reached, the Parties intend to continue efforts to resolve this matter over the coming weeks with the involvement of a private mediator. To this point, the Parties have scheduled a second mediation session to take place on October 5, 2023. Accordingly, the parties request a two-week extension, to October 9, 2023, to notify the Court whether the case has settled.

We thank the Court for Your Honor's attention to this matter.

Respectfully submitted,

Valdi Licul