

**Valdi Licul**
vlicul@wigdorlaw.com

April 15, 2024

**VIA ECF**

The Honorable Victoria Reznik
Federal Building and United States Courthouse
300 Quarropas St., Room 420
White Plains, NY 10601-4150

      Re:    Natalie Grainger v. Westchester Country Club, Inc., et al.;
                Case No. 7:23-cv-01802 (CS) (VR)

Dear Judge Reznik:

We represent Plaintiff Natalie Grainger ("Plaintiff") and write jointly with counsel for Defendants Westchester Country Club, Inc., Mark Christiana and Tom Nevin (together, "Defendants") (Plaintiff and Defendants, together, the "Parties") pursuant to this Court's Order dated April 1, 2024 to update the Court on the status of discovery.  See Dkt. No. 55.

On April 9, 2024, the Parties attended a conference before the Honorable Victoria Reznik regarding Defendants' request for a sixty (60) day extension of fact discovery.  See Dkt. No. 56. On this date, Judge Reznik ordered that the ultimate discovery deadline would remain June 14, 2024, and that the Parties have until June 14, 2024, to complete any fact discovery that was already served on or before April 30, 2024.  See Dkt. No. 60.  To date, Plaintiff has completed all but one non-party deposition and Defendants intend to depose several non-parties in the coming weeks. The Parties are confident discovery will be complete by the June 14, 2024 deadline and will update the Court on the status of discovery by May 1, 2024.  Id.

We thank the Court for its time and attention.

Respectfully submitted,

Valdi Licul

Cc:    All Counsel of Record (*via* ECF)