

**Valdi Licul**
vlicul@wigdorlaw.com

May 1, 2024

**VIA ECF**

The Honorable Victoria Reznik
Federal Building and United States Courthouse
300 Quarropas St., Room 420
White Plains, NY 10601-4150

    Re:    Natalie Grainger v. Westchester Country Club, Inc., et al.;
             Case No. 7:23-cv-01802 (CS) (VR)

Dear Judge Reznik:

We represent Plaintiff Natalie Grainger ("Plaintiff") and write jointly with counsel for Defendants Westchester Country Club, Inc., Mark Christiana and Tom Nevin (together, "Defendants") (Plaintiff and Defendants, together, the "Parties") pursuant to this Court's Order dated April 9, 2024 to update the Court on the status of discovery on May 1, 2024. See Dkt. No. 60.

Pursuant to Your Honor's Order, the Parties have noticed all requests for fact discovery and depositions to be completed by June 14, 2024. Id. The Parties will continue to work cooperatively to complete fact discovery and schedule the several remaining non-party depositions that have been noticed. The Parties are confident discovery will be complete by the June 14, 2024 deadline.

We thank the Court for its time and attention.

Respectfully submitted,

Valdi Licul

Cc:    All Counsel of Record (*via* ECF)