UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Grainger.,

                              Plaintiffs,

          -against-

Westchester Country Club, Inc. et al.,
                              Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-01802-CS-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **June 17, 2024 at 11 am** to discuss pending discovery issues. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference.

      **SO ORDERED.**

DATED:    White Plains, New York
                 June 7, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge