

**Valdi Licul**
vlicul@wigdorlaw.com

June 28, 2024

**VIA ECF**

The Honorable Victoria Reznik
Federal Building and United States Courthouse
300 Quarropas St., Room 420
White Plains, NY 10601-4150

      Re:    Natalie Grainger v. Westchester Country Club, Inc., et al.;
                Case No. 7:23-cv-01802 (CS) (VR)

Dear Judge Reznik:

We represent Plaintiff Natalie Grainger ("Plaintiff") and write jointly with counsel for Defendants Westchester Country Club, Inc. ("WCC"), Mark Christiana and Tom Nevin (together, "Defendants") (Plaintiff and Defendants, together, the "Parties") pursuant to this Court's Order dated June 17, 2024, to update the Court on the status of discovery and to propose an expert discovery schedule.  See Dkt. No. 78.

On June 13, 2024, Plaintiff served Defendants with documents responsive to the subpoena *duces tecum* served upon Plaintiff's limited liability company ("T Position").  Defendants are continuing to review that production and will meet and confer with Plaintiff regarding any issues pertaining thereto, and raise any issues promptly with the Court.  Moreover, on June 27, 2024, in connection with Defendants after-acquired evidence defense, Plaintiff served discovery requests and provided notice for a deposition subpoena as discussed with Your Honor at the June 17, 2024, conference.[1]

Non-party Peer Pedersen has also produced documents responsive to the subpoena *duces tecum* served upon him, and Defendants anticipate conducting his deposition on or before August 15, 2024 in light of party and counsel availability.  Additionally, both Plaintiff and Defendants are each working to schedule one remaining non-party deposition at a mutually convenient time. The Parties will continue to work cooperatively to complete fact discovery and schedule the remaining non-party depositions that have been noticed.  Other than the deposition of Mr. Pedersen, the Parties are confident discovery will be complete by the July 31, 2024 deadline.

---

[1]     Defendants have agreed to produce the WCC employee who is the subject of the deposition subpoena on a mutually agreed upon date.



Hon. Victoria Reznik
June 28, 2024
Page 2

Regarding expert discovery, because Defendants expert will opine as to damages, rather than liability, the Parties respectfully request that expert discovery in this matter be postponed until after a decision on summary judgment.

We thank the Court for its time and attention.

Respectfully submitted,

Valdi Licul

Cc:    All Counsel of Record (*via* ECF)