UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Grainger,

                              Plaintiffs,

          -against-

Westchester Country Club, Inc. et al.,
                             Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-01802-CS-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **July 15, 2024 at 11:00 AM.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference.

      SO ORDERED.

DATED:    White Plains, New York
               July 9, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge