

**Valdi Licul**
vlicul@wigdorlaw.com

August 30, 2024

**VIA ECF**

The Honorable Victoria Reznik
Federal Building and United States Courthouse
300 Quarropas St., Room 420
White Plains, NY 10601-4150

    Re:    Natalie Grainger v. Westchester Country Club, Inc., et al.;
                Case No. 7:23-cv-01802 (CS) (VR)

Dear Judge Reznik:

We represent Plaintiff Natalie Grainger ("Plaintiff") and write jointly with counsel for Defendants Westchester Country Club, Inc. ("WCC"), Mark Christiana and Tom Nevin (together, "Defendants") (together, the "Parties") pursuant to this Court's Order dated August 15, 2024, to update the Court on the status of discovery. See Dkt. No. 90.

To date, all depositions have been completed. However, at his deposition, a non-party witness testified that relevant communications exist regarding the instant action between him and two other non-party witnesses. Currently, counsel for the Parties as well as counsel for the non-party witnesses are working cooperatively to collect and produce these communications expeditiously. Thus, discovery is completed, and the Parties require no further extension of the fact discovery deadline.

We thank the Court for its time and attention.

Respectfully submitted,

*[signature]*

Valdi Licul

Cc:    All Counsel of Record (*via* ECF)

---

The Court is in receipt of the parties' letter and thanks them for the update. Given the parties' agreement to proceed with summary judgment before expert discovery, the parties are directed to contact Judge Seibel's Chambers to schedule their Case Management Conference and set a briefing schedule.

SO ORDERED.

*[signature]*

Hon. Victoria Reznik, U.S.M.J.

Dated: 09-03-2024

85 FIFTH AVENUE | NEW YORK, NY 10003 | 212 257 6800 | WIGDORLAW.COM