UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

NATALIE GRAINGER,

                      Plaintiff,

      -against-

WESTCHESTER COUNTRY CLUB, INC., MARK CHRISTIANA AND TOM NEVIN,

                     Defendants.

----------------------------------------------------------------- X

Case No.: 7:23-cv-01802-CS-VR

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendants through their respective undersigned counsel who are authorized to execute this Stipulation, that the above-captioned action is dismissed in its entirety with prejudice, with each party to bear their own costs and no award of attorneys' fees, costs, and/or disbursements to any party, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

This stipulation may be executed in one or more counterparts and facsimile or electronic signatures such as .pdf, .tiff, or Docusign shall be deemed the same as an original.

Dated: New York, NY
       March 13, 2025

_____
Valdi Licul, Esq.
WIGDOR LLP
85 Fifth Avenue
New York, NY 10003
vlicul@wigdorlaw.com
*Attorneys for Plaintiff*

Dated: New York, NY
       April 7, 2025

*John T. Mills*
_____
John T. Mills
GORDON REES SCULLY MANSUKHANI, LLP
1 Battery Park Plaza, 28th Floor
New York, NY 10004
jtmills@grsm.com
*Attorneys for Defendants*